IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR329 |
| vs. | |
| KEITH PAGE, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's motion for copies (Filing No. 18), including the docket sheet, plea agreement, and "violation 10-25-2018". The defendant requests a waiver of fees associated with the costs of the copies.

The Court did not sentence Defendant in this case because the matter was transferred post-conviction from the Northern District of Iowa. At this time, Defendant has no motions or cases pending before this court, and Defendant makes no showing as to why he needs these copies. The Court also notes that the docket sheet does not include a violation dated 10-25-2018. Accordingly, the Court will deny the motion. Defendant is, of course, free to request copies of filings available in the district of Nebraska, and to pay the costs of the same.

THEREFORE, IT IS ORDERED that Defendant's Motion for Copies and to waive such costs [18] is denied.

Dated this 8th day of April, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge